UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIDA IRIS RODRIGUEZ, | : | CIVIL NO: 1:20-CV-02108 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**
October 31, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that this case is dismissed pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is directed to mark this case closed.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge